## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                  Case No. _____

**Blues BBQ & Grill East Dundee, Inc.** _____   Chapter **11** _____

<span style="margin-left:2em">Debtor(s)</span>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Patrick Maggi**<br>**25100 Woodfield Rd**<br>**Damascus, MD  20872-2325** | **50** | **Common Stockholder** |
| **Robert Doyle**<br>**842 Mapleton Ave**<br>**Oak Park, IL  60302-1402** | **50** | **Common Stockholder** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Blues BBQ & Grill East Dundee, Inc. _____    Chapter **11** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **30**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December  9, 2015** _____    _/s/ Robert Doyle_____
                                           Debtor


                                           _____
                                           Joint Debtor

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Access Media Lab
4613 Feldspar Rd
Middletown, MD  21769-7430


All American Delivery and Moving
545 Franklin Dr
South Elgin, IL  60177-2336


Bank of America
PO Box 25118
Tampa, FL  33622-5118


Charles A. Motl and Associates
324 N River St
Dundee, IL  60118-1333


Cintas Corporation
5600 W 73rd St
Chicago, IL  60638-6212


Clipper Magazine
PO Box 610
Mountville, PA  17554-0610


Comcast
1585 S Waukegan Rd
Waukegan, IL  60085-6727

Comed
PO Box 805379
Chicago, IL  60680-4179


Ecolab
PO Box 70343
Chicago, IL  60673-0343


Edward Don & Company
2562 Paysphere Cir
Chicago, IL  60674-0025


Ellengee Market Co.
5120 N Milwaukee Ave
Chicago, IL  60630-4622


Flex Audio and Visual
4515 Blackhawk Ln
Lisle, IL  60532-3908


G&K Services - Rockford
5611 11th St
Rockford, IL  61109-3654


GE Capital
PO Box 3083
Cedar Rapids, IA  52406-3083

Highland Baking Company
2301 Shermer Rd
Northbrook, IL  60062-6721


Illinois Department of Revenue
PO Box 64338
Chicago, IL  60664-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Marlin Business Bank
2795 E Cottonwood Pkwy Ste 120
Salt Lake City, UT  84121-7092


Navitas Lease Corp.
814 A1a N Ste 205
Ponte Vedra Beach, FL  32082-3270


New Chicago State Currency Exchange, Inc
c/o Sorman & Frankel, Ltd.
180 N La Salle St Ste 2700
Chicago, IL  60601-2709


Nicor Gas
PO Box 2020
Aurora, IL  60507-2020

Otto Egineering
2 E Main St
Carpentersville, IL  60110-2624


Otto Engineering
2 E Main St
Carpentersville, IL  60110-2624


Parkway Bank & Trust Company
2 N Western Ave
Carpentersville, IL  60110-1731


Patrick Maggi
25100 Woodfield Rd
Damascus, MD  20872-2325


Payroll Vault
324 N River St
East Dundee, IL  60118-1333


Rapid Advance
4500 E West Hwy Fl 6
Bethesda, MD  20814-3310


Robert Doyle
842 Mapleton Ave
Oak Park, IL  60302-1402

Swanel, Inc.
6044 Erie Ave
Hammond, IN  46320-2532


Sysco Chicago
250 Wieboldt Dr
Des Plaines, IL  60016-3100

**Fill in this information to identify the case:**

Debtor name    **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other    **2015 through September** | **$6,428.00** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **unknown** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Flex Audio and Visual**<br>**4515 Blackhawk Ln**<br>**Lisle, IL 60532-3908** | **September, October, November, 2015** | **$800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Blues BBQ & Grill East Dundee, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Sysco Chicago** **250 Wieboldt Dr** **Des Plaines, IL 60016-3100** | **10/09/2015, 10/16/2015, 10/28/2015, 11/4/2015** | **$800.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Ecolab** **PO Box 70343** **Chicago, IL 60673-0343** | **11/12/2015** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Rapidadvance** | **Payments made daily directly from Debtor's credit card sales** | **$27,000.00** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Edward Don & Company** **2562 Paysphere Cir** **Chicago, IL 60674-0025** | **10/09/2015** | **$2,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | Blues BBQ & Grill East Dundee, Inc. | Case number *(if known)* | |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Illinois Liquor Control Commission<br>16-CR-0050 | Liquor Citation and Revocation Hearing | Adminstrative Proceeding before the Ill<br>100 W Randolph St<br>Chicago, IL 60601-3290 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Michael Armato v. Blues BBQ & Grill, East Dundee, Illinois<br>14 L 563 | Slip and Fall | The Sixteenth Judicial Circuit, Kane Cou<br>100 S 3rd St<br>Geneva, IL 60134-2767 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | New Chicago State Currency Exchange, Inc. v. Blues BBQ & Grill East Dundee, Inc. & Robert H. Doyle<br>15 M1 123178 | Contract | Circuit Court of Cook County, Illinois,<br>50 W Washington St<br>Chicago, IL 60602-1305 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **Blues BBQ & Grill East Dundee, Inc.**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Thomas Law Office 30 N Western Ave Carpentersville, IL 60110-1731** | | **12/1/2015** | **$5,200.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

Debtor    **Blues BBQ & Grill East Dundee, Inc.**                    Case number *(if known)* _____

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Parkway Bank  & Trust Company** <br> **2 N Western Ave** <br> **Carpentersville, IL** <br> **60110-1731** | **XXXX-7095** | ☐ Checking <br> ■ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **August 1, 2015** | **unknown** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it <br> Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **Blues BBQ & Grill East Dundee, Inc.**                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Marlin Business Bank**<br>**2795 E Cottonwood Pkwy Ste 120**<br>**Salt Lake City, UT 84121-7092** | **102 N River St**<br>**East Dundee, IL**<br>**60118-1331** | **Various Restaurant Equipment** | **$2,200.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Navitas Lease Corp.**<br>**814 A1a N Ste 205**<br>**Ponte Vedra Beach, FL 32082-3270** | **102 N River St**<br>**East Dundee, IL**<br>**60118-1331** | **Various Restaurant Kitchen Equipment** | **$5,200.00** |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☑ None

Debtor   **Blues BBQ & Grill East Dundee, Inc.**                        Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Donald Rosen** **1949 Cherokee Rd** **Carpentersville, IL 60110-1262** | **December 1, 2015, and ongoing** |
| Name and address | Date of service From-To |
| 26b.2. **Payroll Vault** **34W094 Fox River Dr** **Dundee, IL 60118-3224** | **2014 and 2015** |
| Name and address | Date of service From-To |
| 26b.3. **Charles A. Motl and Associates** **324 N River St** **Dundee, IL 60118-1333** | **2014, 2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **See answer to 26b above** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Otto Engineering** **2 E Main St** **Carpentersville, IL 60110-2624** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Operations Manager** | **12/1/2015** | **$6,000.00 food; $10,000.00 liquor; cost basis** |
| Name and address of the person who has possession of inventory records | | |
| **Debtor** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Blues BBQ & Grill East Dundee, Inc.**                                    Case number *(if known)*  _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Doyle | 842 Mapleton Ave<br>Oak Park, IL 60302-1402 | Shareholder, President, COO, Director | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick Maggi | 25100 Woodfield Rd<br>Damascus, MD 20872-2325 | Shareholder, Director, CEO | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

Debtor    **Blues BBQ & Grill East Dundee, Inc.**                                    Case number *(if known)*

correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  9, 2015**

**/s/ Robert Doyle**                                    **Robert Doyle**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Blues BBQ & Grill East Dundee, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-5258521** |

4. **Debtor's address**

**Principal place of business**

**102 N River St**
**East Dundee, IL 60118-1331**
Number, Street, City, State & ZIP Code

**Kane**
County

**Mailing address, if different from principal place of business**

**102 N River St**
**East Dundee, IL 60118-1331**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in** *this district?*

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  9, 2015**
MM / DD / YYYY

X **/s/ Robert Doyle**
Signature of authorized representative of debtor

**Robert Doyle**
Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Colleen G. Thomas**
Signature of attorney for debtor

Date **December  9, 2015**
MM / DD / YYYY

**Colleen G. Thomas**
Printed name

**Thomas Law Office**
Firm name

**30 N Western Ave**
**Carpentersville, IL 60110-1731**
Number, Street, City, State & ZIP Code

Contact phone

Email address   **colleenthomaslaw@aim.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  9, 2015**          X **/s/ Robert Doyle**
                                                Signature of individual signing on behalf of debtor

                                             **Robert Doyle**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Blues BBQ & Grill East Dundee, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Otto Engineering 2 E Main St Carpentersville, IL 60110-2624** | **Tom Roeser** | | | | | $276,462.00 |
| **Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338** | | | | | | $41,772.81 |
| **Rapid Advance 4500 E West Hwy Fl 6 Bethesda, MD 20814-3310** | | | | | | $28,776.00 |
| **Sysco Chicago 250 Wieboldt Dr Des Plaines, IL 60016-3100** | **(847) 699-5400** | | | | | $11,493.61 |
| **Comed PO Box 805379 Chicago, IL 60680-4179** | **(800) 588-9477** | | | | | $9,399.20 |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | **(800) 829-0115** | | | | | $7,448.47 |
| **Cintas Corporation 5600 W 73rd St Chicago, IL 60638-6212** | **(708) 613-3100** | | | | | $7,316.00 |
| **Parkway Bank & Trust Company 2 N Western Ave Carpentersville, IL 60110-1731** | | | | | | $4,000.00 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **Blues BBQ & Grill East Dundee, Inc.**                                    Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Charles A. Motl and Associates**<br>**324 N River St**<br>**Dundee, IL**<br>**60118-1333** | | | | | | **$3,225.00** |
| **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL**<br>**60507-2020** | **(888) 642-6748** | | | | | **$3,195.55** |
| **Marlin Business Bank**<br>**2795 E Cottonwood Pkwy Ste 120**<br>**Salt Lake City, UT**<br>**84121-7092** | | | | **$2,700.00** | **$0.00** | **$2,700.00** |
| **New Chicago State Currency Exchange, Inc**<br>**c/o Sorman & Frankel, Ltd.**<br>**180 N La Salle St**<br>**Ste 2700**<br>**Chicago, IL**<br>**60601-2709** | **David J. Frankel** | | | | | **$2,004.00** |
| **All American Delivery and Moving**<br>**545 Franklin Dr**<br>**South Elgin, IL**<br>**60177-2336** | | | | | | **$1,743.00** |
| **Access Media Lab**<br>**4613 Feldspar Rd**<br>**Middletown, MD**<br>**21769-7430** | **Brent Riley**<br><br>**(301) 606-2776** | | | | | **$1,568.00** |
| **G&K Services - Rockford**<br>**5611 11th St**<br>**Rockford, IL**<br>**61109-3654** | **(815) 874-2481** | | | | | **$1,412.99** |
| **Navitas Lease Corp.**<br>**814 A1a N Ste 205**<br>**Ponte Vedra Beach, FL 32082-3270** | | **Trade debt** | | **$1,037.31** | **$0.00** | **$1,037.31** |
| **Edward Don & Company**<br>**2562 Paysphere Cir**<br>**Chicago, IL**<br>**60674-0025** | **Judy Novak**<br><br>**(708) 883-8480** | | | | | **$868.34** |
| **Clipper Magazine**<br>**PO Box 610**<br>**Mountville, PA**<br>**17554-0610** | **(847) 551-5061** | | | | | **$802.00** |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **Blues BBQ & Grill East Dundee, Inc.**                              Case number *(if known)*   _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comcast**<br>**1585 S Waukegan Rd**<br>**Waukegan, IL**<br>**60085-6727** | **(800) 391-3000** | | | | | **$762.19** |
| **Highland Baking Company**<br>**2301 Shermer Rd**<br>**Northbrook, IL**<br>**60062-6721** | **(847) 677-2789** | | | | | **$713.48** |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.. **Bank of America** | **Checking** | **6112** | **$250.00** |
| 3.2.. **Bank of America** | **Operating Account - Checking** | **9290** | **$0.00** |
| 3.3.. **Parkway Bank & Trust Company** | **Checking** | **1019** | **$10.00** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1.. **Credit Card Receipts not yet deposited into bank account** | | | **$3,000.00** |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$3,260.00**

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor **Blues BBQ & Grill East Dundee, Inc.**      Case number *(If known)* _____
    Name

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.. **ComEd**      **$6,000.00**

7.2.. **Nicor**      **$1,800.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**      **$7,800.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Filing cabinets, table and chairs** | **$100.00** | | **$100.00** |
| **Steel table and counter tops** | **$30,000.00** | | **$30,000.00** |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **Blues BBQ & Grill East Dundee, Inc.**    Case number *(If known)* _____
　　　　　Name

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**Various Restaurant Furniture, Fixtures and Equipment** | **$97,500.00** | | **$97,500.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Commercial Pot and Pans** | **$1,377.00** | | **$1,377.00** |
| | **Restaurant Plates/smallwares** | **$2,421.00** | | **$2,421.00** |
| | **Various Restaurant Glassware** | **$500.00** | | **$500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| **$131,898.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor     **Blues BBQ & Grill East Dundee, Inc.**                          Case number *(If known)* _____
           Name

**Liquor License and Gaming License - not
transferable**                                    **$0.00**     **Transfer basis**                          **$0.00**

---

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                              **$0.00**
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor    **Blues BBQ & Grill East Dundee, Inc.**                        Case number *(If known)* _____
   Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,260.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $131,898.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $142,958.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $142,958.00 |

**Fill in this information to identify the case:**

Debtor name **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Marlin Business Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Various restaurant equipment**                                  **$2,700.00**          **$0.00**

**2795 E Cottonwood Pkwy Ste 120 Salt Lake City, UT 84121-7092**
Creditor's mailing address

Describe the lien
**Past due lease payments**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Navitas Lease Corp.** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Various kitchen equipment in possession of Debtor but not owned by Debtor because it is currently leased from Creditor, Navitas Lease Corp.**          **$1,037.31**          **$0.00**

**814 A1a N Ste 205 Ponte Vedra Beach, FL 32082-3270**
Creditor's mailing address

Describe the lien
**Lease agreement for various kitchen equipment is one month behind.**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**11/01/2015**
Last 4 digits of account number

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1  **Robert Doyle**
_____   Case number (if know) _____
First Name          Middle Name          Last Name

**2716**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,737.31 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,568.00 |
|---|---|---|---|
| | **Access Media Lab** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **4613 Feldspar Rd** | ☐ Unliquidated | |
| | **Middletown, MD 21769-7430** | ☐ Disputed | |
| | | **Basis for the claim:**   Menu creation/printing | |
| | Date or dates debt was incurred   **08/27/2014** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number   **1418** | ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,743.00 |
|---|---|---|---|
| | **All American Delivery and Moving** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **545 Franklin Dr** | ☐ Unliquidated | |
| | **South Elgin, IL 60177-2336** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred   **09/01/14** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 384.00 |
|---|---|---|---|
| | **Bank of America** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 25118** | ☐ Unliquidated | |
| | **Tampa, FL 33622-5118** | | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com                    12345

Debtor 1   **Robert Doyle**

First Name        Middle Name        Last Name        Case number (if know) _____

---

☐ Disputed

Basis for the claim:   **overdrawn on checking account**

Date or dates debt was incurred   **11/30/2015**        Is the claim subject to offset?

■ No

Last 4 digits of account number   **9290**        ☐ Yes

---

| 3.4 | | | | $ | **3,225.00** |

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:
**Charles A. Motl and Associates**        Check all that apply.
☐ Contingent
**324 N River St**        ☐ Unliquidated
**Dundee, IL 60118-1333**        ☐ Disputed

Basis for the claim:   **Accounting Services**

Date or dates debt was incurred   _____        Is the claim subject to offset?

■ No

Last 4 digits of account number   _____        ☐ Yes

---

| 3.5 | | | | $ | **7,316.00** |

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:
**Cintas Corporation**        Check all that apply.
☐ Contingent
**5600 W 73rd St**        ☐ Unliquidated
**Chicago, IL 60638-6212**        ☐ Disputed

Basis for the claim:   **Linen cleaning**

Date or dates debt was incurred   _____        Is the claim subject to offset?

■ No

Last 4 digits of account number   **4825**        ☐ Yes

---

| 3.6 | | | | $ | **802.00** |

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:
**Clipper Magazine**        Check all that apply.
☐ Contingent
**PO Box 610**        ☐ Unliquidated
**Mountville, PA 17554-0610**        ☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   **10/2015**        Is the claim subject to offset?

■ No

Last 4 digits of account number   **1580**        ☐ Yes

---

| 3.7 | | | | $ | **762.19** |

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Robert Doyle**

First Name    Middle Name    Last Name    Case number (if known) _____

**Comcast**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**1585 S Waukegan Rd**
**Waukegan, IL 60085-6727**

**Basis for the claim:**    Cable Television/Internet

Date or dates debt was incurred    **10/2015**
**-11/2015**

Is the claim subject to offset?

Last 4 digits of account number    **0505**

- ■ No
- ☐ Yes

---

| 3.8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:    $    **9,399.20**

**Comed**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PO Box 805379**
**Chicago, IL 60680-4179**

**Basis for the claim:**    Electricity Supply

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    **6126**

- ■ No
- ☐ Yes

---

| 3.9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:    $    **140.35**

**Ecolab**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PO Box 70343**
**Chicago, IL 60673-0343**

**Basis for the claim:**    _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    **7983**

- ■ No
- ☐ Yes

---

| 3.10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:    $    **868.34**

**Edward Don & Company**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2562 Paysphere Cir**
**Chicago, IL 60674-0025**

**Basis for the claim:**    _____

---

Debtor 1    **Robert Doyle**
First Name            Middle Name            Last Name                    Case number (if know)

---

Date or dates debt was incurred    **10/2015**

Last 4 digits of account number    **8957**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **426.75** |

**Ellengee Market Co.**

5120 N Milwaukee Ave
Chicago, IL 60630-4622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Purchase of supplies (food)**

Date or dates debt was incurred    **09/01/15**

Last 4 digits of account number    **B11**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Flex Audio and Visual**

4515 Blackhawk Ln
Lisle, IL 60532-3908

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Media intallation services**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,412.99** |

**G&K Services - Rockford**

5611 11th St
Rockford, IL 61109-3654

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    **08/2015 - 09/2015**

Last 4 digits of account number    **2325**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **326.55** |

**GE Capital**

PO Box 3083
Cedar Rapids, IA 52406-3083

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated

Debtor 1    **Robert Doyle**

First Name          Middle Name          Last Name                    Case number (if know) _____

---

☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number  **8488** | ☐ Yes |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $  **713.48** |
|---|---|---|---|
| | **Highland Baking Company** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **2301 Shermer Rd** | ☐ Unliquidated | |
| | **Northbrook, IL 60062-6721** | ☐ Disputed | |

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred  **09/2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number  **B292** | ☐ Yes |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $  **41,772.81** |
|---|---|---|---|
| | **Illinois Department of Revenue** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 64338** | ☐ Unliquidated | |
| | **Chicago, IL 60664-0338** | ☐ Disputed | |

**Basis for the claim:**    **Sales/Use Tax & E911 Surcharge and withholding income tax**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number  **5208** | ☐ Yes |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $  **7,448.47** |
|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **PO Box 7346** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | |

**Basis for the claim:**    **Federal Tax Payments**

| | |
|---|---|
| Date or dates debt was incurred  **09/30/2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number  **8521** | ☐ Yes |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $  **2,004.00** |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Robert Doyle**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　Case number (if know)

**New Chicago State Currency Exchange, Inc**
**c/o Sorman & Frankel, Ltd.**
**180 N La Salle St Ste 2700**
**Chicago, IL 60601-2709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **11/09/2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,195.55** |

**Nicor Gas**

*Check all that apply.*
☐ Contingent

**PO Box 2020**
**Aurora, IL 60507-2020**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Natural Gas Supplier**

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No

Last 4 digits of account number    **2756**

☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **276,462.00** |

**Otto Engineering**

*Check all that apply.*
☐ Contingent

**2 E Main St**
**Carpentersville, IL 60110-2624**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** **business loan and past due rent**

Date or dates debt was incurred    **09/01/2014**

Is the claim subject to offset?

■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,000.00** |

**Parkway Bank & Trust Company**

*Check all that apply.*
☐ Contingent

**2 N Western Ave**
**Carpentersville, IL 60110-1731**

☐ Unliquidated
☐ Disputed

**Basis for the claim:** **overdrawn funds**

---

Debtor 1   **Robert Doyle**

First Name          Middle Name          Last Name          Case number (if known) _____

---

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   _____

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **470.00** |

**Payroll Vault**

Check all that apply.

☐ Contingent

**324 N River St**

☐ Unliquidated

**East Dundee, IL 60118-1333**

☐ Disputed

Basis for the claim:   **Payroll**

Date or dates debt was incurred   **09/01/15**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   _____

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **28,776.00** |

**Rapid Advance**

Check all that apply.

☐ Contingent

**4500 E West Hwy Fl 6**

☐ Unliquidated

**Bethesda, MD 20814-3310**

☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   **12/01/14**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   _____

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **677.50** |

**Swanel, Inc.**

Check all that apply.

☐ Contingent

**6044 Erie Ave**

☐ Unliquidated

**Hammond, IN 46320-2532**

☐ Disputed

Basis for the claim:   _____

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **6237**

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | **11,493.61** |

**Sysco Chicago**

Check all that apply.

☐ Contingent

**250 Wieboldt Dr**

☐ Unliquidated

**Des Plaines, IL 60016-3100**

☐ Disputed

---

Debtor 1   **Robert Doyle**
_____    _____    _____                    Case number (if know) _____
First Name           Middle Name           Last Name

Basis for the claim: _____

Date or dates debt was incurred   **09/2014-11/2014**    **Is the claim subject to offset?**

■ No

Last 4 digits of account number   **1389**    ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 405,387.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 405,387.79 |

**Fill in this information to identify the case:**

Debtor name   **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease of various kitchen equipment** | |
| State the term remaining **13** | **Marlin Business Bank** |
| List the contract number of any government contract **935314** | **2795 E Cottonwood Pkwy Ste 120** **Salt Lake City, UT 84121-7092** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for various restaurant kitchen equipment.** | |
| State the term remaining **44 months** | **Navitas Lease Corp.** |
| List the contract number of any government contract **40132716** | **814 A1a N Ste 205** **Ponte Vedra Beach, FL 32082-3270** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease of premises** | |
| State the term remaining | **Otto Egineering** |
| List the contract number of any government contract | **2 E Main St** **Carpentersville, IL 60110-2624** |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Karen Doyle** | **842 Mapleton Ave**<br>**Oak Park, IL 60302-1402** | **Navitas Lease Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Patrick Maggi** | **25100 Woodfield Rd**<br>**Damascus, MD 20872-2325** | **Navitas Lease Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert Doyle** | **842 Mapleton Ave**<br>**Oak Park, IL 60302-1402** | **Navitas Lease Corp.** | ☑ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Blues BBQ & Grill East Dundee, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................... $     **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*....................................................................................... $     **132,058.00**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*........................................................................................ $     **132,058.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **3,737.31**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................... +$     **405,387.79**

4.   Total liabilities ...............................................................................................................
Lines 2 + 3a + 3b

$     **409,125.10**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Blues BBQ & Grill East Dundee, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................ $ _____

Prior to the filing of this statement I have received ............................ $ _____

Balance Due ............................................................................................ $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ......... $ **5,200.00**

The undersigned shall bill against the retainer at an hourly rate of ............ $ **300.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. .

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

In re    **Blues BBQ & Grill East Dundee, Inc.**                                    Case No. _____

_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  9, 2015**                                    **/s/ Colleen G. Thomas**
*Date*                                                          **Colleen G. Thomas**
                                                                  *Signature of Attorney*
                                                                  **Thomas Law Office**

                                                                  **30 N Western Ave**
                                                                  **Carpentersville, IL 60110-1731**

                                                                  **colleenthomaslaw@aim.com**
                                                                  *Name of law firm*