IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Chapter 7** |
| **Blues BBQ & Grill Dundee, Inc.,** | ) |
| | ) **Case No. 15-41510** |
| Debtor. | ) |
| | ) **Honorable Donald R Cassling** |

**NOTICE OF FILING RESPONSE TO MOTION FOR EXAMINATION UNDER
FEDERAL RULE OF BANKRUPTCY RULE 2004**

To:   See Attached Service List

**PLEASE TAKE NOTICE THAT ON** July 1, 2016, we filed with United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Creditor, Otto Engineering, Inc.'s Response to Motion for an Order Directing Rule 2004 Examination on Otto Engineering, Inc., a copy of which is attached hereto and is hereby served upon you.

/s/   David M. Stieper
David Stieper

David Stieper
Stieper Law Offices, Ltd.
2500 W. Higgins, Suite 1200
Hoffman Estates, Illinois 60169
Tel: 847-519-7970
david@stieperlaw.com

**CERTIFICATE OF SERVICE**

I, David Stieper, an attorney, on oath state that I caused to be served this Notice and Response Brief by mailing and/or electronically serving where available to each of the individuals identified on the attached service list by either electronic mailing or by mailing a copy through the U.S. Mail with proper postage prepaid on July 1, 2016 before the hour of 5:00 p.m..

/s/   David M. Stieper
David Stieper

## Service List

**ECF Service**

Thomas Springer
Trustee
Springer Brown LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, Illinois 60187

Colleen G. Thomas
Thomas Law Office
30 N. Western Avenue
Carpentersville, Illinois 60110

U.S. Trustee
Patrick S. Laying
Office of the U.S. Trustee Region 11
219 S. Dearborn, Room 873
Chicago, Illinois 60604

**U.S. Mail Service**

Donald Rosen
1949 Cherokee Road
Carpentersville, Illinois 60110