UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BLUES BBQ & GRILL EAST DUNDEE, INC. § Case No. 15-41510
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 09, 2015. The undersigned trustee was appointed on February 18, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of  $ 16,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6.16 |
| Bank service fees | 339.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 15,654.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/28/2016 and the deadline for filing governmental claims was 07/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,350.00, for a total compensation of $2,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2018          By: /s/THOMAS E. SPRINGER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-41510  
**Case Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.  

**Period Ending:** 08/10/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/18/16 (c)  
**§341(a) Meeting Date:** 03/28/16  
**Claims Bar Date:** 07/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America, xxxxxx6112 | 250.00 | 0.00 | | 0.00 | FA |
| 2 | Operating Account -<br>Checking Account at Bank of | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Parkway Bank & Trust Company | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Credit Card Receipts not yet deposited into bank | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | ComEd<br>    Security deposit | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Nicor<br>    Security deposit | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Liquor License and Gaming License - not transfer | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Filing cabinets, table and chairs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Steel table and countertops | 30,000.00 | 2,250.00 | | 2,250.00 | FA |
| 10 | Various restaurant furniture, fixtures and equipment | 97,500.00 | 7,000.00 | | 7,000.00 | FA |
| 11 | Commercial pots and pans | 1,377.00 | 200.00 | | 200.00 | FA |
| 12 | Restaurant plates/smallwares | 2,421.00 | 500.00 | | 500.00 | FA |
| 13 | Various restaurant glassware | 500.00 | 50.00 | | 50.00 | FA |
| 14 | Preference payment: Rapid Financial Services (u)<br>    Adversary filed 17-00560; order approving compromise/settlement for $6,000 entered 3/2/18 | 28,539.59 | 28,539.59 | | 6,000.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$171,497.59** | **$38,539.59** | | **$16,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

All financial records reviewed for potential preference payments. Final adversary settled, pending court approval. Estate taxes filed and prompt determination response (taxes accepted as filed ) from the IRS received Janaury 9, 2018. Trustee to verify with accountant final estate tax return does not need to be filed based on receipt of final settlement funds. If not, then final report will be filed after settlement order entered and funds recieved.

Exhibit A

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 15-41510  
**Case Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/18/16 (c)  
**§341(a) Meeting Date:** 03/28/16

**Period Ending:** 08/10/18

**Claims Bar Date:** 07/28/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 15, 2018  **Current Projected Date Of Final Report (TFR):** May 15, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-41510 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | BLUES BBQ & GRILL EAST DUNDEE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***8521 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/10/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/20/16 | | OTTO | Liquidation of Personal Property | | 10,000.00 | | 10,000.00 |
| | {9} | | 2,250.00 | 1129-000 | | | 10,000.00 |
| | {10} | | 7,000.00 | 1129-000 | | | 10,000.00 |
| | {11} | | 200.00 | 1129-000 | | | 10,000.00 |
| | {12} | | 500.00 | 1129-000 | | | 10,000.00 |
| | {13} | | 50.00 | 1129-000 | | | 10,000.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 9,976.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.26 | 9,960.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.28 | 9,946.61 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 9,931.36 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-41510, Bond #016073584 | 2300-000 | | 3.45 | 9,927.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.32 | 9,914.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.73 | 9,899.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 9,886.58 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 9,870.94 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.19 | 9,856.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,843.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 9,827.48 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.66 | 9,813.82 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.05 | 9,798.77 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.09 | 9,784.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 9,771.08 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.45 | 9,755.63 |
| 02/13/18 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #15-41510, yearly bond premium | 2300-000 | | 2.71 | 9,752.92 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.09 | 9,739.83 |
| 03/20/18 | {14} | Rapid Financial Services, LLC | Settlement of preference adversary | 1241-000 | 6,000.00 | | 15,739.83 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.88 | 15,722.95 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,701.09 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.84 | 15,676.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.79 | 15,654.46 |

Subtotals :     $16,000.00     $345.54

{} Asset reference(s)

Printed: 08/10/2018 01:33 PM     V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-41510
**Case Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ******8466 - Checking Account

**Taxpayer ID #:** **-***8521
**Period Ending:** 08/10/18

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,000.00 | 345.54 | $15,654.46 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 345.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $16,000.00 | $345.54 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8466** | 16,000.00 | 345.54 | 15,654.46 |
| | $16,000.00 | $345.54 | $15,654.46 |

{} Asset reference(s)

Printed: 08/10/2018 01:33 PM    V.14.14

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2016

**Case Number:** 15-41510  
**Debtor Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

Page: 1

**Date:** August 10, 2018  
**Time:** 01:34:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,350.00 | $0.00 | 2,350.00 |
| 200 | LOIS WEST, CPA<br>Kutchins, Robbins, & Diamond, Ltd.<br>1101 Perimeter Drive, Suite #760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $1,318.50 | $0.00 | 1,318.50 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $2.71 | $2.71 | 0.00 |
| ATTYEXP 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $487.26 | $0.00 | 487.26 |
| ATTYFEES 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $10,472.50 | $0.00 | 10,472.50 |
| 300 | Colleen G. Thomas<br>Thomas Law Office<br>30 North Western Avenue<br>Carpentersville, IL 60110 | Admin Ch. 11 | | $3,934.50 | $0.00 | 3,934.50 |
| 2P-2 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $24,462.06 | $0.00 | 24,462.06 |
| 5 570 | Illinois Department of Employment Security<br>33 S. State Bankruptcy Unit 10th FL<br>Chicago, IL 60603 | Priority | | $4,894.95 | $0.00 | 4,894.95 |
| 6P 570 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $51,264.81 | $0.00 | 51,264.81 |
| 1 610 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $1,094.13 | $0.00 | 1,094.13 |
| 2U-2 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $1,590.33 | $0.00 | 1,590.33 |
| 3 610 | GE Capital Information Technology Solution LLC<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404 | Unsecured | | $2,579.47 | $0.00 | 2,579.47 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 28, 2016

**Case Number:** 15-41510  
**Debtor Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

Page: 2

**Date:** August 10, 2018  
**Time:** 01:34:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | Donald Rosen<br>1949 Cherokee Road<br>Carpentersville, IL 60110 | Unsecured | | $104,000.00 | $0.00 | 104,000.00 |
| 6U 610 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $4,118.38 | $0.00 | 4,118.38 |
| 7 610 | New Chicago State Currency Exchange, Inc.<br>c/o Sorman & Frankel, Ltd.,Attn: David J. Frankel,180 North LaSalle Street, Sui<br>Chicago, IL 60601 | Unsecured | | $2,302.94 | $0.00 | 2,302.94 |
| 8 610 | Marlin Business Bank<br>300 Fellowship Road<br>Attn: Bankruptcy Department<br>Mount Laurel, NJ 08054 | Unsecured | | $10,808.24 | $0.00 | 10,808.24 |
| 9 610 | nicor gas<br>po box 549<br>Aurora, IL 60507 | Unsecured | | $1,902.54 | $0.00 | 1,902.54 |
| 10 610 | Rapid Advance<br>4500 E West Hwy Fl 6<br>Bethesda, MD 20814-3310 | Unsecured | | $42,474.51 | $0.00 | 42,474.51 |
| 11 610 | Otto Engineering, Inc.<br>2 East Main Street<br>Carpentersville, IL 60110 | Unsecured | | $346,079.14 | $0.00 | 346,079.14 |
| 12 620 | Navitas Credit Corp fka Navitas Lease Corp.<br>c/o Kristen N. Nichols<br>PO Box 22129<br>Charleston, SC 29401 | Unsecured | | $36,220.30 | $0.00 | 36,220.30 |
| 13 620 | David Glodowski<br>630 Brookside Ave<br>Algonquin, IL 60102-6826 | Unsecured | | $50.00 | $0.00 | 50.00 |
| **<< Totals >>** | | | | 652,407.27 | 2.71 | 652,404.56 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-41510
Case Name: BLUES BBQ & GRILL EAST DUNDEE, INC.
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:**    $   15,654.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   15,654.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 2,350.00 | 0.00 | 2,350.00 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 10,472.50 | 0.00 | 10,472.50 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 487.26 | 0.00 | 487.26 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 1,318.50 | 0.00 | 1,318.50 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 2.71 | 2.71 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   14,628.26
Remaining balance:   $   1,026.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Fees: Colleen G. Thomas | 3,934.50 | 0.00 | 1,026.20 |

Total to be paid for prior chapter administrative expenses:   $   1,026.20
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $80,621.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P-2 | Internal Revenue Service | 24,462.06 | 0.00 | 0.00 |
| 5 | Illinois Department of Employment Security | 4,894.95 | 0.00 | 0.00 |
| 6P | Illinois Department of Revenue Bankruptcy Section | 51,264.81 | 0.00 | 0.00 |

Total to be paid for priority claims:   $          0.00
Remaining balance:                       $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 516,949.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,094.13 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 1,590.33 | 0.00 | 0.00 |
| 3 | GE Capital Information Technology Solution LLC | 2,579.47 | 0.00 | 0.00 |
| 4 | Donald Rosen | 104,000.00 | 0.00 | 0.00 |
| 6U | Illinois Department of Revenue Bankruptcy Section | 4,118.38 | 0.00 | 0.00 |
| 7 | New Chicago State Currency Exchange, Inc. | 2,302.94 | 0.00 | 0.00 |
| 8 | Marlin Business Bank | 10,808.24 | 0.00 | 0.00 |
| 9 | nicor gas | 1,902.54 | 0.00 | 0.00 |
| 10 | Rapid Advance | 42,474.51 | 0.00 | 0.00 |
| 11 | Otto Engineering, Inc. | 346,079.14 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $          0.00
Remaining balance:                                       $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 36,270.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | Navitas Credit Corp fka Navitas Lease Corp. | 36,220.30 | 0.00 | 0.00 |
| 13 | David Glodowski | 50.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**