UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **BLUES BBQ & GRILL EAST DUNDEE, INC.,** | ) | Bankruptcy No. 15-41510 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 28, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

COLLEEN G. THOMAS
Thomas Law Office
30 North Western Avenue
Carpentersville, IL 60110

**VIA REGULAR MAIL**

BLUES BBQ & GRILL EAST DUNDEE, INC.
102 N RIVER ST
EAST DUNDEE, IL 60118-1331

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
1101 Perimeter Drive, Suite #760
Schaumburg, IL 60173

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

17 North State Street, Suite 990
Chicago, IL 60610

GE Capital Information Technology Solution LLC
1010 Thomas Edison Blvd, SW
Cedar Rapids, IA 52404

Donald Rosen
1949 Cherokee Road
Carpentersville, IL 60110

Illinois Department of Employment Security
33 S. State Bankruptcy Unit 10th FL
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

New Chicago State Currency Exchange, Inc.
c/o Sorman & Frankel, Ltd.,
J. Frankel,180 North LaSalle St..
Chicago, IL 60601

Marlin Business Bank
300 Fellowship Road
Attn: Bankruptcy Department
Mount Laurel, NJ 08054

nicor gas
po box 549
Aurora, IL 60507

Rapid Advance
4500 E West Hwy Fl 6
Bethesda, MD 20814-3310

Otto Engineering, Inc.
2 East Main Street
Carpentersville, IL 60110

Navitas Credit Corp fka Navitas Lease Corp.
c/o Kristen N. Nichols
PO Box 22129
Charleston, SC 29401

David Glodowski
630 Brookside Ave
Algonquin, IL 60102-6826

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000