**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BLUES BBQ & GRILL EAST DUNDEE, INC.    § Case No. 15-41510
§
§
§
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $11,160.00            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                            Without Payment: N/A

Total Expenses of Administration: $16,000.00

3) Total gross receipts of $ 16,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,973.80 | 14,973.80 | 14,973.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 3,934.50 | 3,934.50 | 1,026.20 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 80,621.82 | 80,621.82 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 553,219.98 | 553,219.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $652,750.10 | $652,750.10 | $16,000.00 |

4) This case was originally filed under Chapter 7 on December 09, 2015. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2019         By: /s/THOMAS E. SPRINGER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Steel table and countertops | 1129-000 | 2,250.00 |
| Various restaurant furniture, fixtures and | 1129-000 | 7,000.00 |
| Commercial pots and pans | 1129-000 | 200.00 |
| Restaurant plates/smallwares | 1129-000 | 500.00 |
| Various restaurant glassware | 1129-000 | 50.00 |
| Preference payment: Rapid Financial Services | 1241-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| Other - LOIS WEST, CPA | 3410-000 | N/A | 1,318.50 | 1,318.50 | 1,318.50 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.71 | 2.71 | 2.71 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 487.26 | 487.26 | 487.26 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 10,472.50 | 10,472.50 | 10,472.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.85 | 13.85 | 13.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.26 | 15.26 | 15.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.28 | 14.28 | 14.28 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.45 | 3.45 | 3.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.25 | 15.25 | 15.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.32 | 13.32 | 13.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.73 | 14.73 | 14.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.28 | 13.28 | 13.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.64 | 15.64 | 15.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.19 | 14.19 | 14.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.57 | 15.57 | 15.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.66 | 13.66 | 13.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.05 | 15.05 | 15.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.09 | 14.09 | 14.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.60 | 13.60 | 13.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.45 | 15.45 | 15.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.09 | 13.09 | 13.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.88 | 16.88 | 16.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.86 | 21.86 | 21.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.84 | 24.84 | 24.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.79 | 21.79 | 21.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,973.80 | $14,973.80 | $14,973.80 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Colleen G. Thomas | 6700-000 | N/A | 3,934.50 | 3,934.50 | 1,026.20 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $3,934.50 | $3,934.50 | $1,026.20 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-2 | Internal Revenue Service | 5800-000 | N/A | 24,462.06 | 24,462.06 | 0.00 |
| 5 | Illinois Department of Employment Security | 5800-000 | N/A | 4,894.95 | 4,894.95 | 0.00 |
| 6P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 51,264.81 | 51,264.81 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $80,621.82 | $80,621.82 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | N/A | 1,094.13 | 1,094.13 | 0.00 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 1,590.33 | 1,590.33 | 0.00 |
| 3 | GE Capital Information Technology Solution LLC | 7100-000 | N/A | 2,579.47 | 2,579.47 | 0.00 |
| 4 | Donald Rosen | 7100-000 | N/A | 104,000.00 | 104,000.00 | 0.00 |
| 6U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 4,118.38 | 4,118.38 | 0.00 |
| 7 | New Chicago State Currency Exchange, Inc. | 7100-000 | N/A | 2,302.94 | 2,302.94 | 0.00 |
| 8 | Marlin Business Bank | 7100-000 | N/A | 10,808.24 | 10,808.24 | 0.00 |
| 9 | nicor gas | 7100-000 | N/A | 1,902.54 | 1,902.54 | 0.00 |
| 10 | Rapid Advance | 7100-000 | N/A | 42,474.51 | 42,474.51 | 0.00 |
| 11 | Otto Engineering, Inc. | 7100-000 | N/A | 346,079.14 | 346,079.14 | 0.00 |
| 12 | Navitas Credit Corp fka Navitas Lease Corp. | 7200-000 | N/A | 36,220.30 | 36,220.30 | 0.00 |
| 13 | David Glodowski | 7200-000 | N/A | 50.00 | 50.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $553,219.98 | $553,219.98 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-41510  
**Case Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

**Period Ending:** 02/08/19

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/18/16 (c)  
**§341(a) Meeting Date:** 03/28/16  
**Claims Bar Date:** 07/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America, xxxxxx6112 | 250.00 | 0.00 | | 0.00 | FA |
| 2 | Operating Account -<br>Checking Account at Bank of | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Parkway Bank & Trust Company | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Credit Card Receipts not yet deposited into bank | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | ComEd<br>   Security deposit | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Nicor<br>   Security deposit | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Liquor License and Gaming License - not transfer | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Filing cabinets, table and chairs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Steel table and countertops | 30,000.00 | 2,250.00 | | 2,250.00 | FA |
| 10 | Various restaurant furniture, fixtures and equipment | 97,500.00 | 7,000.00 | | 7,000.00 | FA |
| 11 | Commercial pots and pans | 1,377.00 | 200.00 | | 200.00 | FA |
| 12 | Restaurant plates/smallwares | 2,421.00 | 500.00 | | 500.00 | FA |
| 13 | Various restaurant glassware | 500.00 | 50.00 | | 50.00 | FA |
| 14 | Preference payment: Rapid Financial Services (u)<br>   Adversary filed 17-00560; order approving compromise/settlement for $6,000 entered 3/2/18 | 28,539.59 | 28,539.59 | | 6,000.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$171,497.59** | **$38,539.59** | | **$16,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

All financial records reviewed for potential preference payments. Final adversary settled, pending court approval. Estate taxes filed and prompt determination response (taxes accepted as filed) from the IRS received Janaury 9, 2018. Trustee to verify with accountant final estate tax return does not need to be filed based on receipt of final settlement funds. If not, then final report will be filed after setllement order entered and funds recieved.

Printed: 02/08/2019 11:07 AM    V.14.50

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-41510  
**Case Name:** BLUES BBQ & GRILL EAST DUNDEE, INC.

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/18/16 (c)  
**§341(a) Meeting Date:** 03/28/16

**Period Ending:** 02/08/19

**Claims Bar Date:** 07/28/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 15, 2018    **Current Projected Date Of Final Report (TFR):** August 10, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-41510 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | BLUES BBQ & GRILL EAST DUNDEE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***8521 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/08/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/20/16 | | OTTO | Liquidation of Personal Property | | 10,000.00 | | 10,000.00 |
| | {9} | | 2,250.00 | 1129-000 | | | 10,000.00 |
| | {10} | | 7,000.00 | 1129-000 | | | 10,000.00 |
| | {11} | | 200.00 | 1129-000 | | | 10,000.00 |
| | {12} | | 500.00 | 1129-000 | | | 10,000.00 |
| | {13} | | 50.00 | 1129-000 | | | 10,000.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.85 | 9,976.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.26 | 9,960.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.28 | 9,946.61 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.25 | 9,931.36 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-41510, Bond #016073584 | 2300-000 | | 3.45 | 9,927.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.32 | 9,914.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.73 | 9,899.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 9,886.58 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 9,870.94 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.19 | 9,856.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,843.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.57 | 9,827.48 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.66 | 9,813.82 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.05 | 9,798.77 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.09 | 9,784.68 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.60 | 9,771.08 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.45 | 9,755.63 |
| 02/13/18 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #15-41510, yearly bond premium | 2300-000 | | 2.71 | 9,752.92 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.09 | 9,739.83 |
| 03/20/18 | {14} | Rapid Financial Services, LLC | Settlement of preference adversary | 1241-000 | 6,000.00 | | 15,739.83 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.88 | 15,722.95 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,701.09 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.84 | 15,676.25 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.79 | 15,654.46 |
| 10/05/18 | 103 | THOMAS E. SPRINGER | Dividend paid 100.00% on $2,350.00, Trustee Compensation;  Reference: | 2100-000 | | 2,350.00 | 13,304.46 |

Subtotals :     $16,000.00     $2,695.54

{} Asset reference(s)

Printed: 02/08/2019 11:07 AM     V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-41510 | | Trustee: | THOMAS E. SPRINGER (330640) |
| --- | --- | --- | --- | --- |
| Case Name: | BLUES BBQ & GRILL EAST DUNDEE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***8521 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/08/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/05/18 | 104 | LOIS WEST, CPA | Dividend paid 100.00% on $1,318.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,318.50 | 11,985.96 |
| 10/05/18 | 105 | Colleen G. Thomas | Dividend paid 26.08% on $3,934.50, Other Professional Fees (Prior Chapter); Reference: | 6700-000 | | 1,026.20 | 10,959.76 |
| 10/05/18 | 106 | THOMAS E. SPRINGER | Combined Check for Claims#ATTYFEES,ATTYEXP | | | 10,959.76 | 0.00 |
| | | | Dividend paid 100.00% on $10,472.50; Claim# ATTYFEES; Filed: $10,472.50    10,472.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $487.26; Claim# ATTYEXP; Filed: $487.26    487.26 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 16,000.00 | 16,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,000.00 | 16,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,000.00 | $16,000.00 | |

| | | |
| --- | --- | --- |
| Net Receipts : | 16,000.00 | |
| Net Estate : | $16,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******8466 | 16,000.00 | 16,000.00 | 0.00 |
| | $16,000.00 | $16,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/08/2019 11:07 AM    V.14.50